**262**

Leon **CHEATHAM**, Plaintiff–Appellant,

v.

William **MUSE**, Chairman, Virginia Parole Board; Harold Clark, Director, Virginia Department of Corrections, Defendants–Appellees.

No. 14–7221.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Leon Cheatham, Appellant Pro Se. James Milburn Isaacs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Cheatham seeks to appeal the district court's order denying his motions for appointment of counsel and for discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cheatham seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*